# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DONNA HAWKS ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cv-00777-CAB |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, DONNA HAWKS , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:__/s/ Dave Tannehill_____
Dave Tannehill, Esq.
Attorney for Plaintiff
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
Telephone: (323) 988-2400
Fax: (866) 425-3459
dtannehill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Robert G. Knirsch, Attorney for Defendant, at e-mail address rgknirsch@sessions-law.biz

                                              /s/ Dave Tannehill
                                              Dave Tannehill
                                              Attorney for Plaintiff