**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DONNA HAWKS ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cv-00777-CAB |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

DONNA HAWKS (Plaintiff), by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice NCO FINANCIAL SYSTEMS, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

/s/ David Tannehill\_\_\_\_
David Tannehill
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, Ohio 44133
phone: (216) 901-0609 x 203
fax: (866) 425-3459
dtannehill@consumerlawcenter.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ David Tannehill
David Tannehill
Attorney for Plaintiff