## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DONNA HAWKS ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cv-00777-CAB |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

DONNA HAWKS (Plaintiff), by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice NCO FINANCIAL SYSTEMS, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

/s/ David Tannehill____
David Tannehill
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, Ohio 44133
phone: (216) 901-0609 x 203
fax: (866) 425-3459
dtannehill@consumerlawcenter.com

IT IS SO ORDERED.
s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

1